# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Harris, Kenneth R.
    Petitioner

vs.

Curry, Ben (Warden)
    Respondent(s)

**APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**

CASE NUMBER: 2 0 8 - CV - 3 1 4  MCE  JFM  HC

**FILED**
FEB 11 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

I, _____KENNETH R. HARRIS_____, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. __CTF-SOLEDAD__

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?   ☒ Yes   ☐ No

   a.  If the answer is "Yes" state the amount of your pay. $48.00 monthly, minus 55% restitution

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment       ☐ Yes   ☒ No

   b. Rent payments, interest or dividends                ☐ Yes   ☒ No

   c. Pensions, annuities or life insurance payments      ☐ Yes   ☒ No

   d. Disability or workers compensation payments         ☐ Yes   ☒ No

   e. Gifts or inheritances                               ☐ Yes   ☒ No

   f. Any other sources                                   ☐ Yes   ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?    ☐ Yes    ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

I declare under penalty of perjury that the above information is true and correct.

__1-28-08__             _[signature]_
DATE                      SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __45.90__ on account to his/her credit at __CORRECTIONAL TRAINING FACILITY__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __40.78__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __18.00__.

__2-2-08__             _Brenda Nation, Acct Technician_
DATE                   SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/02/08
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CTF SOLEDAD/TRUST ACCOUNTING
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 03, 2007 THRU FEB. 02, 2008

ACCOUNT NUMBER : D62491                BED/CELL NUMBER: CFZWT1000000109L
ACCOUNT NAME   : HARRIS, KENNETH RAY   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE

09/03/2007   BEGINNING BALANCE                                              21.90

09/07*VD54 INMATE PAYROL 0786 P19              21.60                        43.50
09/08 W502 POSTAGE CHARG 0806 POST                            4.60          38.90
09/08 W502 POSTAGE CHARG 0806 POST                            4.60          34.30
09/21 W512 LEGAL POSTAGE 0976 LPOST                           2.33          31.97
09/21 W512 LEGAL POSTAGE 0976 LPOST                           2.33          29.64
10/06*VD54 INMATE PAYROL 1113 P20              21.60                        51.24
10/23 FC01 DRAW-FAC 1    1302 ML                             20.00          31.24
11/03*VD54 INMATE PAYROL 1417 P14              21.60                        52.84
11/26 FC01 DRAW-FAC 1    1668 MAIN                           30.94          21.90
12/05*VD54 INMATE PAYROL 1741 P17              21.60                        43.50
12/26 FC01 DRAW-FAC 1    1970 ML                             21.60          21.90
      ACTIVITY FOR 2008
01/03*VD54 INMATE PAYROL 2036 P10              21.60                        43.50
01/22 FR01 CANTEEN RETUR 702292                               2.40-         45.90


                         CURRENT HOLDS IN EFFECT
 DATE      HOLD
 PLACED    CODE       DESCRIPTION          COMMENT      HOLD AMOUNT
 ---------- ----  ------------------------ ----------  -----------
 07/09/2007 H200  GENERAL HOLD             0101/3688        21.60
 07/20/2007 H107  POSTAGE HOLD             0256 POST         0.30


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/02/87              CASE NUMBER: 79658
COUNTY CODE: SAC                      FINE AMOUNT: $   3,000.00

DATE        TRANS.   DESCRIPTION           TRANS. AMT.    BALANCE
--------    ------   -----------------     -----------    -------

09/03/2007  BEGINNING BALANCE                             2,297.64
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Brenda Nation*
TRUST OFFICE
*Acct Technician*

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/02/08
                                                     PAGE NO:       2

                        CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 03, 2007 THRU FEB. 02, 2008

ACCT: D62491      ACCT NAME: HARRIS, KENNETH RAY          ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/02/87                    CASE NUMBER: 79658
COUNTY CODE: SAC                            FINE AMOUNT: $   3,000.00

  DATE       TRANS.    DESCRIPTION              TRANS. AMT.     BALANCE
  --------   ------    -----------              -----------     -------

  09/07/07   VR54      RESTITUTION DEDUCTION-SUPPORT   24.00-   2,273.64
  10/06/07   VR54      RESTITUTION DEDUCTION-SUPPORT   24.00-   2,249.64
  11/03/07   VR54      RESTITUTION DEDUCTION-SUPPORT   24.00-   2,225.64
  12/05/07   VR54      RESTITUTION DEDUCTION-SUPPORT   24.00-   2,201.64
  01/03/08   VR54      RESTITUTION DEDUCTION-SUPPORT   24.00-   2,177.64


  * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
  * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS   WITHDRAWALS    BALANCE    BALANCE   TO BE POSTED
 ---------   --------   -----------    -------    -------   ------------
    21.90     108.00      84.00         45.90      21.90        0.00


                                               CURRENT
                                               AVAILABLE
                                               BALANCE
                                               ---------
                                                 24.00
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Acct Technician