```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018320
Cashier ID: bucklem
Transaction Date: 04/18/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: kenneth r harris
 Case/Party: D-CAN-3-08-CV-001530-001
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 203439026
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

pjh

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```