UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY HARRIS,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent.
                                     /

No. C 08-1530 PJH (PR)

**ORDER DENYING RESPONDENT'S MOTION FOR STAY AND PETITIONER'S MOTION FOR ENTRY OF DEFAULT**

    This is a habeas case filed pro se by a state prisoner to challenge a Board of Parole Hearings decision denying him parole. Respondent asks to stay this case indefinitely pending the en banc decision in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir.), *reh'g en banc granted*, No. 06-55392, slip op. at 1 (9th Cir. May 16, 2008).

    Respondent asserts that a stay is warranted on basis of judicial economy because *Hayward* "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending appellate resolution of a different case involving parallel issues. *Yong v. INS*, 208 F.3d 1116, 1120-22 (9th Cir. 2000). Accordingly, the motion for a stay (document number 8 on the docket) is **DENIED**.

    The motion for stay was filed within the time allowed (sixty days, not thirty as petitioner believes) for responding to the order to show cause. Petitioner's motions for default (documents 9 and 10) are **DENIED**. Respondent shall comply with the order to show cause within thirty days of the date this order is entered. The deadline for petitioner to file his traverse, which is calculated from the date the answer is filed, remains the same.

**IT IS SO ORDERED.**

Dated: August 26, 2008.

                                          PHYLLIS J. HAMILTON
                                          United States District Judge

G:\PRO-SE\PJH\HC.08\HARRIS1530.DENY STAY.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH RAY HARRIS,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-01530 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Ray Harris D-62491  
Correctional Training Facility  
ZW-109-L  
P.O. Box 689  
Soledad, CA 93960-0689

Dated: August 26, 2008

Richard W. Wieking, Clerk  
By: Nichole Heuerman, Deputy Clerk